IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. A. No. 16-1669 |
| v. | ) | Senior Judge Nora Barry Fischer |
| | ) | |
| INNOVATIVE DESIGNS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 24th day of September, 2020, the Court having granted the Motion for Judgment on Partial Findings Pursuant to FED. R. CIV. P. 52(c) filed by Defendant Innovative Designs, Inc.,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant Innovative Designs, Inc. and against Plaintiff Federal Trade Commission as to all claims set forth in the Federal Trade Commission's Complaint;

IT IS FURTHER ORDERED that as there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.